## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. _____ |
| v. | : | DATE FILED: November 20, 2014 |
| GLEN JOSEPH | : | VIOLATIONS:<br>18 U.S.C. § 115(a)(1)(A) (threats to an |
| | : | immediate family member of law<br>enforcement officer - 1 count) |
| | : | 18 U.S.C. § 115(a)(1)(B) (threats to a law<br>enforcement officer - 1 count) |
| | : | 18 U.S.C. § 875(c) (interstate<br>communication of threats - 3 counts) |

## INDICTMENT

## COUNT ONE

### THE GRAND JURY CHARGES THAT:

1.     On or about September 18, 2014, G.C. was a Special Agent of the Federal Bureau of Investigation (FBI), that is, a Federal law enforcement officer.

2.     On or about September 18, 2014, in Allentown, in the Eastern District of Pennsylvania, defendant GLEN JOSEPH posted a message on his public Facebook account stating the following, above an image of the "Grim Reaper":

> FBI Special Agent G[] C[], if something happened to your wife and one of your two children … Do you think you would f*ck around w/ someone's brain if you think the same thing could happen to you, your wife and two children?  FBI Special Agent G[] C[], do you still think you and your family are untouchable?

3.     On or about September 18, 2014, in Allentown, in the Eastern District of Pennsylvania, defendant

## GLEN JOSEPH

threatened to assault and murder FBI Special Agent G.C., with intent to impede, intimidate, interfere with, and retaliate against Special Agent G.C. while he was engaged in, and on account of, the performance of his official duties.

In violation of Title 18, United States Code, Section 115(a)(1)(B).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

1.     Paragraphs 1 and 2 of Count One of this indictment are incorporated here.

2.     On or about September 18, 2014, in Allentown, in the Eastern District of Pennsylvania, defendant

### GLEN JOSEPH

threatened to assault and murder FBI Special Agent G.C.'s wife and children, with intent to impede, intimidate, interfere with, and retaliate against Special Agent G.C. while he was engaged in, and on account of, the performance of his official duties.

In violation of Title 18, United States Code, Section 115(a)(1)(A).

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

1.    Paragraphs 1 and 2 of Count One of this indictment are incorporated here.

2.    On or about September 18, 2014, in Allentown, in the Eastern District of Pennsylvania, defendant

### GLEN JOSEPH

knowingly and willfully transmitted in interstate and foreign commerce, via a computer and the Internet, a threatening communication to others, that is, a communication containing a threat to injure the person of another, specifically, a threat to injure FBI Special Agent G.C. and his wife and children.

In violation of Title 18, United States Code, Section 875(c).

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

1.     On or about October 6, 2014, in Allentown, in the Eastern District of Pennsylvania, defendant GLEN JOSEPH posted a message on his public Facebook account stating the following, above a photograph including Lehigh County Court of Common Pleas Judge R.S.:

> You sent Parole Officers to my house again. You will not learn, you have to be taught.

2.     On or about October 6, 2014, in Allentown, in the Eastern District of Pennsylvania, defendant

## GLEN JOSEPH

knowingly and willfully transmitted in interstate and foreign commerce, via a computer and the Internet, a threatening communication to others, that is, a communication containing a threat to injure the person of another, specifically, a threat to injure Lehigh County Court of Common Pleas Judge R.S.

In violation of Title 18, United States Code, Section 875(c).

5

## COUNT FIVE

### THE GRAND JURY FURTHER CHARGES THAT:

1.    On or about October 8, 2014, in Allentown, in the Eastern District of Pennsylvania, defendant GLEN JOSEPH posted a message on his public Facebook account stating the following, above a photograph of Lehigh County Court of Common Pleas Judge R.S.:

> I told this scumbag Judge to vacate the decision and nothing happened. . . . Judge R[] S[], our white FBI friends calling an Arab a "Sand Ni**er" and then you f*cking that "Sand Ni**er" around … Judge R[] S[] you must pay for what you did . . .

2.    On or about October 8, 2014, in Allentown, in the Eastern District of Pennsylvania, defendant

### GLEN JOSEPH

knowingly and willfully transmitted in interstate and foreign commerce, via a computer and the Internet, a threatening communication to others, that is, a communication containing a threat to injure the person of another, specifically, a threat to injure Lehigh County Court of Common Pleas Judge R.S.

In violation of Title 18, United States Code, Section 875(c).

A TRUE BILL:

_____
GRAND JURY FOREPERSON

_____
ZANE DAVID MEMEGER
UNITED STATES ATTORNEY

6